**Dominique SHEPHERD, Plaintiff—Appellant,**

v.

**Donald L. EVANS, Secretary of Commerce, United States Department of Commerce, Defendant—Appellee.**

**No. 05–1939.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2006.

Decided: Feb. 15, 2006.

Dominique Shepherd, Appellant Pro Se. John Walter Sippel, Jr., Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dominique Shepherd appeals the district court's order denying relief on her civil action alleging claims of employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shepherd v. Evans,* No. CA–03–1273–AW (D.Md. July 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED* .